TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00165-CV
 
 




 

 

Jessica Wischer, Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE County
 Court at Law No. 1 OF Williamson COUNTY, 
 NO. 01-595-FC1,
 The Honorable Suzanne Brooks, JUDGE
 PRESIDING
 
 




 


 
 
                                                                 O
 R D E R
 PER CURIAM
 Appellant Jessica Wischer filed her notice of appeal on March
 22, 2012.  The appellate record
 was complete May 1, 2012,
 making appellant=s brief
 due May 21, 2012.  On May
 18, 2012, counsel for appellant filed a motion for extension of time
 to file his brief.  
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule constrains this
 Court’s leeway in granting extensions. 
 In this instance, we will grant the motion and order counsel to file
 appellant=s brief
 no later than June 11, 2012.  If the brief is not filed by that date,
 counsel may be required to show cause why he should not be held in contempt
 of court.
 It is ordered on May 22, 2012.
  
 Before Chief
 Justice Jones, Justices Pemberton and Rose